IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  2:18-CR-65 |
| | : | |
| OMAR A. ALMUSA | : | JUDGE ARTHUR J. SCHWAB |
| | : | |
| | : | ELECTRONICALLY FILED |

_____

### ENTRY OF APPEARANCE
_____

   Kindly enter my appearance on behalf of Defendant Omar A. Almusa in the above-captioned matter.

                Respectfully submitted,

                /s/ Patrick A. Casey
                Patrick A. Casey
                PA ID 50626
                pcasey@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
Telephone:  (570) 342-6100
Fax:  (570) 342-6147

Date:  April 2, 2018

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 2nd day of April, 2018:

>Robert S. Cessar, Esquire
>United States Attorney's Office
>U.S. District Court for the Western
>    District of Pennsylvania
>700 Grant Street, Suite 4000
>Pittsburgh, PA  15219
>
>Martin A. Dietz, Esquire
>The Mitchell Building
>304 Ross Street, Suite 505
>Pittsburgh, PA 15219

/s/ Patrick A. Casey