# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

**OMAR A. ALMUSA**

Case Number: 2:18-CR-00065-AJS
*SEALED*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OMAR A. ALMUSA,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Unlawful Dispensing and Distributing Schedule II Controlled Substance; Consspracy to Unlawfully Distribute a Schedule II Controlled Substance; Health Care Fraud**

in violation of United States Title:Section(s)

**21:841(a)(1) and 841(b)(1)(C); 21:846: 18:1347**

| Patricia Hill | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Patricia Hill* | 03/15/2018    Pittsburgh |
| Signature of Issuing Officer | Date and Location |

Bond to be set by U.S. Magistrate Judge.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 3/15/18 | William C. Ray    Special Agent |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 3/16/18 | *William C. Ray* |
| Date of Arrest | Signature of Arresting Officer |