IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR A. ALMUSA | ) | Criminal No. 18-65 |
| | ) | |
| Defendant. | ) | Electronically Filed |

MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS

AND NOW comes Defendant, Omar A. Almusa, by and through his attorneys, Martin A. Dietz, Esquire, and Patrick M. Casey, Esquire, of the law firms of Myers, Brier & Kelly, LLP, and respectfully moves this Court for an extension of time for which to file pretrial motions upon the following basis:

1. Defendant, Omar A. Almusa (hereinafter "Mr. Almusa") is charged by indictment with violating 21 U.S.C. §§841(a)(1) and (b)(1)(C), 846 and 18 U.S.C. §1347. Pretrial motions are due on or before May 1, 2018.

2. The government has advised that there exists voluminous discovery materials in this case. Undersigned counsel recently provided an external hard drive to the government and the government has advised that it will be copying multiple gigabytes of data to the hard drives. It is anticipated that the materials will be provided to undersigned counsel within the next week.

3.       As a result, undersigned counsel and Mr. Almusa will not be able to complete their review of the available discovery materials within the time for filing pretrial motions.

4.       Undersigned counsel, therefore, requests a sixty (60) day extension of time for the filing of pretrial motions, until June 30, 2018 to permit them and Mr. Almusa the opportunity to review all available discovery materials prior to the filing of pretrial motions.

5.       Granting of the requested extension of time will ensure Mr. Almusa's rights to the effective assistance of counsel, due process and a fair trial and Mr. Almusa concedes that all time that elapses as a result of the filing of this motion is excludable pursuant to the Speedy Trial Act.

6.       Undersigned counsel has conferred with counsel for the United States of America, Assistant United States Attorney Robert S. Cessar, about the instant request and Mr. Cessar has advised that he consents to the requested extension of time for the filing of pretrial motions.

WHEREFORE, Defendant, Omar A. Almusa, respectfully requests the Court to grant him an extension of time until June 30, 2018 within which to file pretrial motions.

Respectfully submitted,

| | |
|---|---|
| s/ Martin A. Dietz | s/ Patrick A. Casey |
| Martin A. Dietz, Esquire | Patrick A. Casey, Esquire |
| Pa. I.D. No. 69182 | Pa. I.D. No. 50626 |
| The Mitchell Building | Myers, Brier & Kelly, LLP |
| 304 Ross Street, Suite 505 | 425 Spruce Street, Suite 200 |
| Pittsburgh, PA 15219 | Scranton, PA 18503 |
| (412) 261-5520 | (570) 342-6100 |
| Attorney for Defendant, | Attorney for Defendant, |
| Omar A. Almusa | Omar A. Almusa |