IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| OMAR A. ALMUSA | ) Criminal No. 18-65 |
| Defendant. | ) Electronically Filed |

ORDER OF COURT

AND NOW, this 25th day of April, 2018, upon consideration of the Motion for Extension of Time to File Pretrial Motions filed by Defendant, Omar A. Almusa, IT IS ORDERED that said Motion is GRANTED. Pretrial Motions shall be filed in this case on or before June 30, 2018.

IT IS FURTHER ORDERED that the period from May 1, 2018 through June 30, 3018 be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et. seq. For reasons set forth in Defendant's Motion, the Court finds this delay is a reasonable time necessary for effective preparation on the part of the Defendant's counsel, taking into account the exercise of due diligence, and is necessary to insure the Defendant's continuity of counsel, 18 U.S.C. §3161(h)(B)(iv). Therefore, the Court concludes that the ends of justice served by granting this extension outweigh the best interests of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(8)(A).

_Arthur J. Schwab_
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE