IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 18-65 |
| | ) | |
| OMAR A. ALMUSA, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING MEMO – Status Conference**
Date hearing held:   5/9/18
Before Judge Arthur J. Schwab

| Counsel for Government | Robert Cessar |
|---|---|
| Counsel for Defendant | Martin Dietz and Patrick Casey |
| Court Reporter | Barbara Leo |
| Law Clerk/Deputy Clerk | LMT/LCK |
| Start time | 9:03 AM |
| End time | 9:11 AM |

**NOTED:**

The Court gives a trial date of 8/20/18.   Pretrial Order to follow.

2nd Status Conference set for 6/13/18 at 10:00 AM.   Defendant must be present at the conference.