IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR A. ALMUSA | ) | Criminal No. 18-65 |
| | ) | |
| Defendant. | ) | Electronically Filed |

MOTION TO CONTINUE STATUS CONFERENCE

AND NOW comes Defendant, Omar A. Almusa, by and through his attorneys, Martin A. Dietz, Esquire, and Patrick M. Casey, Esquire, of the law firms of Myers, Brier & Kelly, LLP, and respectfully moves this Court for a continuance of the status conference upon the following basis:

1. Defendant, Omar A. Almusa (hereinafter "Mr. Almusa") is charged by indictment with violating 21 U.S.C. §§841(a)(1) and (b)(1)(C), 846 and 18 U.S.C. §1347. Pretrial motions are due on or before June 29, 2018.

2. This Court has scheduled a status conference for June 13, 2018.

3. The parties have been negotiating a plea agreement and it appears as though negotiations will be finalized within the next few weeks.

4. As a result, Mr. Almusa believes that this Court can continue the status conference and schedule a status conference/change of plea hearing in the next few weeks.

6. Undersigned counsel has conferred with counsel for the United States of America, Assistant United States Attorney Robert S. Cessar, about the instant request and Mr. Cessar has advised that he consents to the requested continuance.

WHEREFORE, Defendant, Omar A. Almusa, respectfully requests the Court to grant a continuance of the status conference set for June 13, 2018 until June 27, 2018 at which time Mr. Almusa can change his previously entered plea of not guilty.

Respectfully submitted,

| | |
|---|---|
| s/ Martin A. Dietz | s/ Patrick A. Casey |
| Martin A. Dietz, Esquire | Patrick A. Casey, Esquire |
| Pa. I.D. No. 69182 | Pa. I.D. No. 50626 |
| The Mitchell Building | Myers, Brier & Kelly, LLP |
| 304 Ross Street, Suite 505 | 425 Spruce Street, Suite 200 |
| Pittsburgh, PA 15219 | Scranton, PA 18503 |
| (412) 261-5520 | (570) 342-6100 |
| Attorney for Defendant, | Attorney for Defendant, |
| Omar A. Almusa | Omar A. Almusa |