IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR A. ALMUSA | ) | Criminal No. 18-65 |
| | ) | |
| Defendant. | ) | Electronically Filed |

ORDER OF COURT

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion to Continue Status Conference filed by Defendant, Omar A. Almusa, IT IS ORDERED that said Motion is GRANTED.  IT IS FURTHER ORDERED THAT a change of plea hearing shall occur on June 27, 2018 at 9:00 a.m.

_____
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE