IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| OMAR A. ALMUSA | ) Criminal No. 18-65 |
| | ) |
| Defendant. | ) Electronically Filed |

ORDER OF COURT

AND NOW, this 11th day of June, 2018, upon consideration of the Motion to Continue Status Conference filed by Defendant, Omar A. Almusa, IT IS ORDERED that said Motion is GRANTED. IT IS FURTHER ORDERED THAT a change of plea hearing shall occur on June 27, 2018 at 9:00 a.m.

ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE