IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) ) ) | Criminal No. 18-65 |
| OMAR A. ALMUSA,<br>            Defendant. | ) ) ) | |

**Hearing Held: Change of Plea**
**Date of Hearing:  6/27/18**
**Before Judge Arthur J. Schwab**

| AUSA | Robert Cessar |
|---|---|
| Defense Counsel | Martin A. Dietz |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | LMT/LCK |
| Start time | 9:00 AM |
| End time | 9:35 AM |

DEFENDANT PRESENT

**NOTED:**

The Defendant pleads guilty to Counts 1, 87, and 88.
The Court accepts guilty plea.
The Court adjudicates the Defendant guilty.
PSI Ordered.
Sentencing set for November 29, 2018 at 10:00 AM