IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 18-65 |
| | ) | |
| OMAR A. ALMUSA | ) | |
| | ) | |
| Defendant. | ) | |

### CHANGE OF PLEA

Defendant, Omar A. Almusa, changes his plea and now enters a plea of guilty as to Count(s) *1, 87, 88* in open court this 27th day of June, 2018.


_____
Defendant's Signature

_____
Attorney for Defendant