**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 2:18-CR-65-AJS** |
| | : | |
| **v.** | : | **JUDGE ARTHUR J. SCHWAB** |
| | : | |
| **OMAR A. ALMUSA,** | : | **ELECTRONICALLY FILED** |
| | : | |
| **Defendant.** | : | **UNDER SEAL** |

### ORDER

AND NOW this ___ day of _____, 2018, upon consideration of the Motion for Leave to File a Document Under Seal filed by Defendant, Omar A. Almusa, IT IS HEREBY ORDERED THAT said motion is GRANTED.

ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE