IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:18-CR-65-AJS |
| | : | |
| v. | : | JUDGE ARTHUR J. SCHWAB |
| | : | |
| OMAR A. ALMUSA, | : | ELECTRONICALLY FILED |
| | : | |
| Defendant. | : | UNDER SEAL |

## ORDER

AND NOW this 30th day of July, 2018, upon consideration of the Motion for Leave to File a Document Under Seal filed by Defendant, Omar A. Almusa, IT IS HEREBY ORDERED THAT said motion is GRANTED.

*Arthur J. Schwab*
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE