### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 2:18-CR-65-AJS |
| | : | |
| OMAR A. ALMUSA | : | JUDGE ARTHUR J. SCHWAB |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendant. | : | UNDER SEAL |

_____

### MOTION TO PERMIT OUT-OF-STATE TRAVEL
_____

AND NOW comes Defendant, Omar A. Almusa, by and through his attorneys, Patrick A. Casey, Esquire, and Martin A. Dietz, Esquire, and respectfully files the within Motion for Out-of-State Travel on the following basis:

1. Defendant, Omar A. Almusa (hereinafter, "Dr. Almusa"), was indicted on March 14, 2018 and is charged with violating 21 U.S.C. § 841(a)(1), 846, and 18 U.S.C. § 1347.

2. Dr. Almusa was released on a $10,000 secured bond which requires him to remain the Western District of Pennsylvania pending disposition of this case unless the Court specifically authorizes his appearance outside this district. As an additional requirement of bond, Dr. Almusa surrendered his United States passport and his Jordanian passport to pretrial services.

3. On March 16, 2018, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. On May 4, 2018, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. On June 27, 2018, Dr. Almusa pled guilty to one count each of 21 U.S.C. § 841(a)(1); 21 U.S.C. § 846; and 18 U.S.C. § 1347.

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7.  ███████████████████████████████████████████

████████████████████████████

8.  The Defendant is in compliance with all conditions of his release.

9.  Assistant United States Attorney Robert S. Cessar and Supervisory United States Probation Officer Eric Bossert are aware of the instant request, and they concur in the granting of the motion upon filing.

WHEREFORE, Defendant Omar A. Almusa respectfully requests this Court to enter an order ███████████████████████████████

████████████████████████

                                               Respectfully submitted,

| | |
|---|---|
| Myers, Brier & Kelly, LLP<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503<br>(570) 342-6100 | /s/ Patrick A. Casey<br>Patrick A. Casey, Esquire<br>PA I.D. No. 50626<br>pcasey@mbklaw.com |
| The Mitchell Building<br>304 Ross Street, Suite 505<br>Pittsburgh, PA 15219<br>(412) 261-5520 | /s/ Martin A. Dietz<br>Martin A. Dietz, Esquire<br>PA I.D. No. 69182<br>mdietzesq@aol.com |
| | Attorneys for Defendant,<br>Omar A. Almusa |

## **CERTIFICATE OF CONCURRENCE**

I, Patrick A. Casey, hereby certify that I sought the concurrence of Assistant United States Attorney Robert S. Cessar in this Motion.  Mr. Cessar concurs in the instant request.


/s/ Patrick A. Casey

Date:  July 30, 2018

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Motion to Permit Out-of-State Travel was served upon the following counsel of record via the Court's ECF system and electronic mail on this 30th day of July 2018:

>Robert S. Cessar, Esquire
>Assistant United States Attorney
>United States Attorney's Office for the
>Western District of Pennsylvania
>700 Grant Street, Suite 4000
>Pittsburgh, PA  15219


>/s/ Patrick A. Casey