# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:18-CR-65-AJS |
| | : | |
| v. | : | JUDGE ARTHUR J. SCHWAB |
| | : | |
| OMAR A. ALMUSA, | : | ELECTRONICALLY FILED |
| | : | |
| Defendant. | : | UNDER SEAL |

_____

# ORDER

_____

AND NOW this _____ day of _____, 2018, upon consideration of the Motion for Out-of-State Travel by Defendant Omar A. Almusa, IT IS HEREBY ORDERED THAT said motion is GRANTED. ▮

▮

▮

_____
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE